FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 25 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *v.* <br><br> JONATHAN PAUL DUPITON, <br> A/K/A ANTHONY WATTS, <br> KADIR WILLIAMS, <br> EMMANUEL DUPITON, <br> AND CAMRIN BELL | Criminal Indictment <br><br> No.   **1 25 - CR - 0 6 8** <br><br> **UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

### Count One
### Mail Fraud and Wire Fraud Conspiracy

1. Beginning on or about July 27, 2020, and continuing through on or about April 30, 2021, in the Northern District of Georgia and elsewhere, the defendants, JONATHAN DUPITON, a/k/a Anthony Watts, KADIR WILLIAMS, EMMANUEL DUPITON, and CAMRIN BELL, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and others unknown to the Grand Jury, to:

a. knowingly devise and intend to devise a scheme and artifice to defraud, and to obtain money and property, namely, Unemployment Insurance benefits, by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, well knowing and having reason to know that said pretenses were and would be false and fraudulent

when made and caused to be made and that said omissions were and would be material, and, in so doing, cause the United States Postal Service and private interstate carriers to be used by causing to be delivered by mail debit cards containing Unemployment Insurance benefit payments fraudulently obtained from a state workforce agency, in furtherance of the scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1341; and

b.   knowingly devise and intend to devise a scheme and artifice to defraud, and to obtain money and property, namely, Unemployment Insurance benefits, by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, well knowing and having reason to know that said pretenses were and would be false and fraudulent when made and caused to be made and that said omissions were and would be material, and, in so doing, cause interstate wire communications to be made by transmitting and causing to be transmitted, wires effectuating the withdrawal of funds from ATM machines through the use of debit cards, in furtherance of the scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1343.

### Background

At all times relevant to this Indictment:

2. Unemployment Insurance ("UI") was a joint state and federal program that provided monetary benefits to eligible beneficiaries. UI payments were intended

2

to provide temporary financial assistance to lawful workers who were unemployed through no fault of their own. Beginning in or about March 2020, in response to the COVID-19 pandemic, several federal programs expanded UI eligibility and increased UI benefits, including the Pandemic Unemployment Assistance Program, Federal Pandemic Unemployment Compensation, and the Lost Wages Assistance Program.

3. In the State of California, the Employment Development Department ("CA-EDD"), based in Sacramento, California, administered the UI program. Those seeking UI benefits submitted an online application via the internet. Applicants had to provide certain information to establish eligibility to receive UI benefits, including their name, Social Security Number, and mailing address, among other things. Applicants also had to self-certify that they met a COVID-19-related reason for being unemployed, partially employed, or unable to work. The CA-EDD relied upon the information in the applications to determine UI benefits eligibility. Once an application was approved, the CA-EDD typically distributed state and federal UI benefits electronically to a debit card, which claimants could use to withdraw funds and make purchases. These debit cards were sent via the U.S. Postal Service to the addresses the claimants provided. Claimants could activate their debit card via telephone or the internet.

## Scheme and Artifice to Defraud

4. As part of the scheme and artifice to defraud, through a means unknown, the defendants, JONATHAN DUPITON, a/k/a Anthony Watts, KADIR WILLIAMS, EMMANUEL DUPITON, and CAMRIN BELL, and others unknown to the Grand Jury obtained the names, dates of birth and Social Security Numbers of unwitting individuals. The defendants and others unknown to the Grand Jury electronically, via the internet, submitted and caused to be submitted fraudulent UI applications for UI benefits to the CA-EDD. These applications were false and fraudulent in that they listed the name, date of birth and Social Security Number of the unwitting individuals without their knowledge or authorization. The false and fraudulent UI applications listed variations of email addresses, including bngray2213@gmail.com and slimairbnb11@gmail.com, as the claimants' contact email.

5. The false and fraudulent UI applications were electronically submitted to the CA-EDD via the internet using a virtual private network ("VPN"). A VPN helps encrypt data and masks the actual originating IP address, helping to conceal the computer used for submitting the fraudulent claims.

6. In many instances, after the claim was approved, the defendants, J. DUPITON, WILLIAMS, E. DUPITON, and BELL, and others unknown to the Grand Jury, updated the claimants' information to add a mailing address in the Northern District of Georgia for the delivery of debit cards containing UI benefits.

4

7. Pursuant to this scheme, over 300 CA-EDD debit cards were mailed to metro-Atlanta area addresses and elsewhere, including the following:

| Date Mailed (on or about) | Claimant Initials | Last Four Digits of Debit Card | Amount CA-EDD Transferred To Debit Card | Mailing Address |
|---|---|---|---|---|
| August 23, 2020 | C.C. | 3085 | $19,200 | 390 Stovall St. Unit 1101 Atlanta, GA 30316 |
| August 23, 2020 | P.C. | 9482 | $19,200 | 955 Hunt Rd. Jonesboro, GA 30236 |
| August 23, 2020 | M. K. | 7132 | $19,200 | 4102 Colgate Way Decatur, GA 30034 |
| September 9, 2020 | R.C. | 0691 | $19,200 | 396 Piedmont Ave. NE Apt. 7019 Atlanta, GA 30308 |
| September 10, 2020 | P.R. | 1927 | $20,100 | 1973 Highway 138 E. Jonesboro, GA 30236 |
| September 14, 2020 | A.M. | 2181 | $20,100 | 336 Coral Cir. McDonough, GA 30253 |
| September 16, 2020 | L.F. | 4714 | $19,200 | 328 Andrew St. Cuthbert, GA 39840 |

| Date Mailed (on or about) | Claimant Initials | Last Four Digits of Debit Card | Amount CA-EDD Transferred To Debit Card | Mailing Address |
|---|---|---|---|---|
| September 21, 2020 | C.C. | 2646 | $19,200 | 239 Grant St. SE Apt. 282 Atlanta, GA 30312 |
| October 4, 2020 | J.B. | 6707 | $19,200 | 1390 Piedmont Ave NE Apt 2c Atlanta, GA 30309 |
| October 13, 2020 | M.B. | 3565 | $19,200 | 3850 Village Dr SW Atlanta GA 30331 |
| October 16, 2020 | B.W. | 8865 | $20,100 | 1989 Cheshire Bridge Rd. NE Unit 1135, Atlanta, GA 30324 |
| October 27, 2020 | A.J. | 6865 | $19,200 | 390 Stovall St. SE Unit 1101 Atlanta, GA 30316 |

8. The CA-EDD caused UI payments to be electronically deposited onto the debit cards. The defendants, J. DUPITON, WILLIAMS, E. DUPITON, and BELL, and others unknown to the Grand Jury, subsequently depleted the funds mainly by making cash withdrawals at various ATMs located in the Northern District of Georgia and elsewhere. These transactions caused interstate wire transmissions.

9. As a result of the scheme, the CA-EDD was duped into mailing over 300 debit cards and transferring approximately $3,000,000 to those debit card accounts.

All in violation of Title 18, United States Code, Section 1349.

### Counts Two through Twelve
### Mail Fraud

10. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 9 of this Indictment as if fully set forth herein.

11. Beginning on or about July 27, 2020, and continuing through on or about April 30, 2021, in the Northern District of Georgia and elsewhere, the defendants JONATHAN DUPITON, a/k/a Anthony Watts, KADIR WILLIAMS, EMMANUEL DUPITON, and CAMRIN BELL, aided and abetted by each other and by others unknown to the Grand Jury, knowingly devised and intended to devise a scheme and artifice to defraud , and to obtain money and property, namely, Unemployment Insurance benefits from the CA-EDD, by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, as set forth above.

12. On or about the dates set forth below, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, the

7

defendants, JONATHAN DUPITON, a/k/a Anthony Watts, KADIR WILLIAMS, EMMANUEL DUPITON, and CAMRIN BELL, aided and abetted by each other and by others unknown to the Grand Jury, did, with intent to defraud, cause the debit cards identified below to be delivered by mail via the U.S. Postal Service and by private and commercial interstate carrier to addresses according to the directions thereon:

| Count | Date (on or about) | Mailing Address | Description of the Mailing |
|---|---|---|---|
| Two | August 23, 2020 | 390 Stovall St. Unit 1101 Atlanta, GA 30316 | Debit card bearing account number ending in 3085 issued to C.C. containing UI payments from the CA-EDD |
| Three | August 23, 2020 | 955 Hunt Rd. Jonesboro, GA 30236 | Debit card bearing account number ending in 9482 issued to P.C. containing UI payments from the CA-EDD |
| Four | August 23, 2020 | 4102 Colgate Way Decatur, GA 30034 | Debit card bearing account number ending in 7132 issued to M.K. containing UI payments from the CA-EDD |
| Five | September 9, 2020 | 396 Piedmont Ave. NE Apt. 7019 Atlanta, GA 30308 | Debit card bearing account number ending in 0691 issued to R.C. containing UI payments from the CA-EDD |

| Count | Date (on or about) | Mailing Address | Description of the Mailing |
|---|---|---|---|
| Six | September 10, 2020 | 1973 Highway 138 Jonesboro, GA 30236 | Debit card bearing account number ending in 1927 issued to P.R. containing UI payments from the CA-EDD |
| Seven | September 14, 2020 | 336 Coral Cir. McDonough, GA 30253 | Debit card bearing account number ending in 2181 issued to A.M. containing UI payments from the CA-EDD |
| Eight | September 21, 2020 | 239 Grant St. SE Apt. 282 Atlanta, GA 30312 | Debit card bearing account number ending in 2646 issued to C.C. containing UI payments from the CA-EDD |
| Nine | October 4, 2020 | 1390 Piedmont Ave NE Apt 2c Atlanta, GA 30309 | Debit card bearing account number ending in 6707 issued to J.B. containing UI payments from the CA-EDD |
| Ten | October 13, 2020 | 3850 Village Dr SW Atlanta GA 30331 | Debit card bearing account number ending in 3565 issued to M.B. containing UI payments from the CA-EDD |
| Eleven | October 16, 2020 | 1989 Cheshire Bridge Rd. NE Unit 1135, Atlanta, GA 30324 | Debit card bearing account number ending in 8865 issued to B.W. containing UI payments from the CA-EDD |
| Twelve | October 27, 2020 | 390 Stovall St. SE Unit 1101 Atlanta, GA 30316 | Debit card bearing account number ending in 6865 issued to A.J. containing UI payments from the CA-EDD |

All in violation of Title 18, United States Code, Section 1341 and Section 2.

**Counts Thirteen through Twenty-Four**
**Wire Fraud**

13. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 9 of this Indictment as if fully set forth herein.

14. Beginning on or about July 27, 2020, and continuing through on or about April 30, 2021, in the Northern District of Georgia and elsewhere, the defendants JONATHAN DUPITON, a/k/a Anthony Watts, KADIR WILLIAMS, EMMANUEL DUPITON, and CAMRIN BELL, aided and abetted by each other and by others unknown to the Grand Jury, knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property, namely, Unemployment Insurance benefits from the CA-EDD, by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, as set forth above.

15. On or about the dates set forth below, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, the defendants, JONATHAN DUPITON, a/k/a Anthony Watts, KADIR WILLIAMS, EMMANUEL DUPITON, and CAMRIN BELL, aided and abetted by each other and by others unknown to the Grand Jury, did, with intent to defraud, transmit

10

and cause to be transmitted in interstate commerce certain writings, signs, signals, and sounds, namely, the ATM withdrawal transactions identified in the table below:

| Count | Date (on or about) | Transaction |
|---|---|---|
| Thirteen | August 30, 2020 | Withdrawal of $1000 from ATM using debit card ending in 3085 issued to C.C. |
| Fourteen | August 31, 2020 | Withdrawal of $1000 from ATM using debit card ending in 9482 issued to  P.C. |
| Fifteen | September 30, 2020 | Withdrawal of $1000 from ATM using debit card ending in 1927 issued to P.R. |
| Sixteen | October 15, 2020 | Withdrawal of $1000 from ATM using debit card ending in 4714 issued to L.F. |
| Seventeen | October 17, 2020 | Withdrawal of $1000 from ATM using debit card ending in 6707 issued to J.B. |
| Eighteen | October 17, 2020 | Withdrawal of $1000 from ATM using debit card ending in 0691 issued to R.C. |
| Nineteen | November 5, 2020 | Withdrawal of $1000 from ATM using debit card ending in 3565 issued to M.B. |
| Twenty | November 11, 2020 | Withdrawal of $200 from ATM using debit card ending in 6707 issued to J.B. |
| Twenty-One | November 18, 2020 | Withdrawal of $1000 from ATM using debit card ending in 3565 issued to M.B. |
| Twenty-Two | November 20, 2020 | Withdrawal of $1000 from ATM using debit card ending in 6865 issued to A.J. |
| Twenty-Three | November 20, 2020 | Withdrawal of $1000 from ATM using debit card ending in 8865 issued to B.W. |
| Twenty-Four | November 26, 2020 | Withdrawal of $200 from ATM using debit card ending in 3565 issued to M.B. with CA-EDD |

All in violation of Title 18, United States Code, Section 1343 and Section 2.

**Counts Twenty-Five through Twenty-Eight**
**Aggravated Identity Theft**

16. The Grand Jury hereby realleges and incorporates by reference the factual allegations contained in paragraphs 2 through 9 of this Indictment as if fully set forth herein.

17. On or about the dates set forth in the following table, in the Northern District of Georgia, the defendants, JONATHAN DUPITON, a/k/a Anthony Watts, KADIR WILLIAMS, EMMANUEL DUPITON, and CAMRIN BELL, aided and abetted by each other and others unknown to the Grand Jury, knowingly possessed, transferred, and used, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of each individual identified below, during and in relation to the wire fraud offense listed below:

| Count | Date (On or About) | Individual Victim | Related Fraud Offenses |
|---|---|---|---|
| Twenty-Five | September 30, 2020 | P.R. | One, Fifteen |
| Twenty-Six | October 15, 2020 | L.F. | One, Sixteen |
| Twenty-Seven | November 11, 2020 | J.B. | One, Seventeen, Twenty |
| Twenty-Eight | November 20, 2020 | A.J. | One, Twenty-Two |

All in violation of Title 18, United States Code, Section 1028A(a)(1) and Section 2.

12

**Counts Twenty-Nine through Thirty-Nine**
**Access Device Fraud**

18.  The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 9 of this Indictment as if fully set forth herein.

19. From on or about July 15, 2020, through on or about July 15, 2021, in the Northern District of Georgia and elsewhere, the defendants, JONATHAN DUPITON, a/k/a Anthony Watts, KADIR WILLIAMS, EMMANUEL DUPITON, and CAMRIN BELL, aided and abetted by each other and others unknown to the Grand Jury, did knowingly and with intent to defraud, traffic in and use the unauthorized access devices described below that could be used alone and in conjunction with another access device to obtain money, goods, services, and other things of value, and could be used to initiate a transfer of funds, and that were obtained with intent to defraud, and by such conduct obtained things of value aggregating at least $1,000 during a one-year period, affecting interstate commerce thereby:

| Count | Description of Unauthorized Access Device |
|---|---|
| **Twenty-Nine** | Debit card bearing account number ending in 3085 issued to C.C. containing UI payments from the CA-EDD |
| **Thirty** | Debit card bearing account number ending in 9482 issued to P.C. containing UI payments from the CA-EDD |
| **Thirty-One** | Debit card bearing account number ending in 7132 issued to M.K. containing UI payments from the CA-EDD |

13

| Count | Description of Unauthorized Access Device |
|---|---|
| Thirty-Two | Debit card bearing account number ending in 0691 issued to R.C. containing UI payments from the CA-EDD |
| Thirty-Three | Debit card bearing account number ending in 1927 issued to P.R. containing UI payments from the CA-EDD |
| Thirty-Four | Debit card bearing account number ending in 2181 issued to A.M. containing UI payments from the CA-EDD |
| Thirty-Five | Debit card bearing account number ending in 2646 issued to C.C. containing UI payments from the CA-EDD |
| Thirty-Six | Debit card bearing account number ending in 6707 issued to J.B. containing UI payments from the CA-EDD |
| Thirty-Seven | Debit card bearing account number ending in 3565 issued to M.B. containing UI payments from the CA-EDD |
| Thirty-Eight | Debit card bearing account number ending in 8865 issued to B.W. containing UI payments from the CA-EDD |
| Thirty-Nine | Debit card bearing account number ending in 6865 issued to A.J. containing UI payments from the CA-EDD |

All in violation of Title 18, United States Code, Section 1029(a)(2) and (c)(1)(A)(i) and Section 2.

## Count Forty
## Mail Fraud

20. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 and 3 of this Indictment as if fully set forth herein.

14

21. From on or about July 27, 2020, through on or about August 16, 2020, in the Northern District of Georgia and elsewhere, the defendant, KADIR WILLIAMS, aided and abetted by others unknown to the Grand Jury, knowingly devised and intended to devise a scheme and artifice to defraud the CA-EDD, and to obtain money and property, namely, Unemployment Insurance payments from the CA-EDD, by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts.

### Scheme and Artifice to Defraud

22. At all times relevant to the indictment, defendant WILLIAMS did not reside in California.

23. Defendant WILLIAMS and others unknown to the Grand Jury electronically, via the internet, submitted and caused to be submitted a fraudulent UI application in the name of defendant WILLIAMS for UI benefits to the CA-EDD. This application was false and fraudulent in that defendant WILLIAMS did not reside in California and did not earn wages as represented on the application for UI benefits.

24. The request for UI benefits was approved, and the CA-EDD caused a debit card containing UI payments to be mailed to the designated address located in the Northern District of Georgia.

25. On or about August 16, 2020, for the purpose of executing and attempting to execute the above-described scheme and artifice, defendant KADIR WILLIAMS, aided and abetted by others unknown, knowingly caused a debit

15

card bearing account number ending in 9335 issued to defendant WILLIAMS to be delivered by mail via the U.S. Postal Service and by private and commercial interstate carrier to 4102 Colgate Way, Decatur, GA 30034, in violation of Title 18, United States Code, Section 1341 and Section 2.

### Count Forty-One
### Mail Fraud

26. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 and 3 of this Indictment as if fully set forth herein.

27. From on or about August 14, 2020 through on or about August 18, 2020, in the Northern District of Georgia and elsewhere, the defendant, JONATHAN DUPITON, a/k/a Anthony Watts, knowingly devised and intended to devise a scheme and artifice to defraud the CA-EDD, and to obtain money and property, namely, Unemployment Insurance payments from the CA-EDD, by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts.

### Scheme and Artifice to Defraud

28. At all times relevant to the indictment, defendant DUPITON did not reside in California.

29. Defendant DUPITON and others unknown to the Grand Jury electronically, via the internet, submitted and caused to be submitted a fraudulent UI application in the name of defendant DUPITON for UI benefits to

16

the CA-EDD. This application was false and fraudulent in that defendant DUPITON did not reside in California and did not earn wages as represented on the application for UI benefits.

30. The request for UI benefits was approved, and the CA-EDD caused a debit card containing UI payments to be mailed to the designated address located in the Northern District of Georgia.

31. On or about August 18, 2020, for the purpose of executing and attempting to execute the above-described scheme and artifice, defendant JONATHAN DUPITON, a/k/a Anthony Watts, aided and abetted by others unknown to the Grand Jury, knowingly caused a debit card bearing account number ending in 3221 issued to defendant J. DUPITON, to be delivered by mail via the U.S. Postal Service and by private and commercial interstate carrier to 390 Stovall St., Unit 1101, Atlanta, GA 30316, in violation of Title 18, United States Code, Section 1341 and Section 2.

### Count Forty-Two
### Access Device Fraud

32. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 9 of this Indictment as if fully set forth herein.

33. On or about September 15, 2020, in the Northern District of Georgia and elsewhere, the defendant, JONATHAN DUPITON, a/k/a Anthony Watts, aided and abetted by others unknown to the Grand Jury, did knowingly and with

17

intent to defraud possess at least fifteen unauthorized access devices, namely, Social Security Numbers, said activity affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(3) and (c)(l)(A)(i) and Section 2.

### Forfeiture

34. Upon conviction of one or more of the offenses alleged in Counts One through Twenty-Four and Forty through Forty-One, the defendants, JONATHAN DUPITON, a/k/a Anthony Watts, KADIR WILLIAMS, EMMAUEL DUPITON, and CAMRIN BELL, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Twenty-Four and Forty through Forty-One of this Indictment.

35. Upon conviction of one or more of the offenses alleged in Counts Twenty-Nine through Thirty-Nine and Forty-Two, the defendants, JONATHAN DUPITON, a/k/a Anthony Watts, KADIR WILLIAMS, EMMAUEL DUPITON, and CAMRIN BELL, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or

18

derived from, proceeds obtained directly or indirectly as a result of such offenses and pursuant to Title 18, United States Code, Section 1029(c)(1)(C) any personal property used or intended to be used to commit the offenses. The property to be forfeited includes, but is not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts Twenty-Nine through Thirty-Nine and Forty-Two of this Indictment.

36. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

19

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A _____ BILL

_____
FOREPERSON

RICHARD S. MOULTRIE
  *Acting United States Attorney*

*Tracia M. King*
TRACIA M. KING
  *Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

20